In the Matter of the Application of CLIFFORD H. SEARL, as Executor, etc., of FREDERICK A. KAHLER, Deceased, to Discover Certain Property of Said Deceased,

Claimed to Be Withheld.— Order modified so as to exclude from its operation real estate mentioned in the petition of which the decedent Frederick A. Kahler died seized and rents therefrom accruing after the decedent's death, and, as so modified, affirmed, without costs of this appeal to either party. All concur. (The order denies defendant's motion to dismiss the proceeding and directs defendant to appear for examination.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.